UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 18-02334-DMG (JCx)** | | Date | August 6, 2018 |
|---|---|---|---|---|

| Title | *Haim Attias v. Kristine R. Crandall* | | Page | 1 of 2 |
|---|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:  IN CHAMBERS—ORDER RE DEFENDANT'S UNOPPOSED MOTION
FOR EXTENSION OF TIME [22]**

On July 12, 2018, the Court issued an Order that set a briefing schedule for the parties'
cross-motions for summary judgment.  [Doc. # 18.]

On August 3, 2018, Defendant filed an Unopposed Motion for Extension of Time, which
seeks an order continuing the deadline for amendment of pleadings and the cross-motion briefing
schedule by 14 days.  [Doc. # 22.]  Defendant represents that Plaintiff does not oppose its
Motion.  Good cause appearing, the Court **GRANTS** Defendant's Unopposed Motion and
amends the schedule as follows:

| | |
|---|---|
| Amended Pleadings and Addition of Parties Cut-Off (includes hearing of hearings to amend) | October 26, 2018 |
| Filing of Cross-Motions for Summary Judgment ("Motions") | August 31, 2018 |
| Cross-Oppositions to Motions | September 21, 2018 |
| Cross-Replies to Motions | October 5, 2018 |
| Hearing on Motions | **October 19, 2018 at 3:00 p.m.** |

The Court **VACATES** the September 7, 2018 hearing on Defendant's Unopposed
Motion.  Defense Counsel is reminded that *ex parte* applications are appropriate for requests
(such as this one) that should not be "heard according to regular noticed motion procedures."
*See Mission Power Eng'g Co. v. Cont'l Cas. Co.*, 883 F. Supp. 488, 492 (C.D. Cal. 1995).  Given
that this was an unopposed motion relating to the schedule, the same result also could have been

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 18-02334-DMG (JCx)** | Date | August 6, 2018 |
|---|---|---|---|

| Title | *Haim Attias v. Kristine R. Crandall* | Page | 2 of 2 |
|---|---|---|---|

accomplished through the filing of a stipulation and proposed order.  Defense Counsel is further reminded that Local Rule 5-4.4.2 requires parties to electronically submit a Word version of their proposed orders.

**IT IS SO ORDERED.**