JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAIM ATTIAS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KRISTINE R. CRANDALL,<br>Acting Center Director of Nebraska<br>Service Center, U.S. Citizenship and<br>Immigration Services,<br><br>　　　　　　Defendant. | Case No. CV 18-2334-DMG (JCx)<br><br>**JUDGMENT** |

On October 17, 2018, the Court granted Defendant Kristine R. Crandall's motion for summary judgment and denied Plaintiff Haim Attias' motion for summary judgment. Accordingly, IT IS ORDERED, ADJUDGED, AND DECREED that Judgment is entered against Plaintiff Haim Attias and in favor of Defendant Kristine R. Crandall.

DATED: October 17, 2018

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE